**UNITED STATES DISTRICT COURT**
**District of Maine**

| | | |
|---|---|---|
| **WILLIAM P. SADULSKY and** | ) | |
| **SANDRA SADULSKY** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | **No. 1:14-cv-01-GZS** |
| **v.** | ) | |
| | ) | |
| **TOWN OF WINSLOW, et al.,,** | ) | |
| | ) | |
| **Defendants** | ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on August 5, 2015, his Recommended Decision (ECF No. 55).  Plaintiffs filed their Objection to the Recommended Decision (ECF No. 56) on August 19, 2015.  Defendants filed their Opposition to Plaintiffs' Objection to the Recommended Decision (ECF No. 57) on September 4, 2015.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de</u> <u>novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2.    It is hereby **ORDERED** that Defendants' Motion for Partial Summary Judgment (ECF No. 40) is **GRANTED** as follows:

Judgment is entered for Defendant Town of Winslow, Defendant Joshua Veilleux, and Defendant Michael Michaud as to all claims against them in Counts I through VI.

Judgment is entered for Defendant Haley Fleming as to Plaintiff William Sadulsky's claims of false arrest/false imprisonment in Count IV and to the extent incorporated in Counts I and II and both Plaintiffs' claims of trespass/illegal entry in Count VI, to the extent incorporated in Counts I and II.

Remaining for trial will be Plaintiff William Sadulsky's excessive force/assault claims against Defendant Fleming pursuant to Counts I, II, and III, and Plaintiff Sandra Sadulsky's NIED claim against Defendant Fleming pursuant to Count VI.

/s/George Z. Singal_____
U.S. District Judge

Dated this 17th day of September, 2015.